

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00224-CV

| | | |
|---|---|---|
| DENISE GRAY, ROWDY WICKLINE, DAVID AGRUE, JEREMY PURGASON, ASHLEY PURGASON, BARBARA COBURN, ROBERT BELL, KENNETH HOOPER, AND GAVIN FRAZIER, Appellants | § § § | On Appeal from County Court at Law of Hood County (C08549) |
| V. | § | February 6, 2025 |
| RIVER RUN PROPERTY OWNERS' ASSOCIATION, INC., Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Denise Gray, Rowdy Wickline, Davide Argue, Jeremy Purgason, Ashley Purgason, Barbara Coburn, Robert Bell, Kenneth Hooper and Gavin Frazier shall pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker